# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| LUXOTTICA OF AMERICA, INC., | : |
| *Plaintiff*, | : Case No. 1:25-cv-727 |
| v. | : Judge Jeffery P. Hopkins |
| WAYNE WILLIAM BELANGER, *et al.*, | : |
| *Defendants*. | : |

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

By agreement of the parties, and for good cause shown, the Court hereby extends its Temporary Restraining Order (Doc. 9), until the Court issues a ruling on Luxottica of America Inc. d/b/a Pearl Vision's Motion for a Preliminary and Permanent Injunction (Doc. 2), which is currently set to be heard on April 28, 2026.

**IT IS SO ORDERED.**

October 29, 2025

Jeffery P. Hopkins
United States District Judge